IFP Submitted
N/S

**FILED**

CLERK, U.S. DISTRICT COURT

**05/01/2026**

CENTRAL DISTRICT OF CALIFORNIA

BY_____mba_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Central District of California

Southern Division

|  |  |
|---|---|
| Nikolos Edward Carrafield | ) Case No.    8:26-cv-01057-FWS (DFMx) |
| | ) _(to be filled in by the Clerk's Office)_ |
| _____ | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) Jury Trial: _(check one)_ ☒ Yes ☐ No |
| **-v-** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Nav Technologies, Inc. | ) |
| _____ | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nikolos Edward Carrafield |
| Street Address | 317 San Tropez Ct |
| City and County | Laguna Beach, Orange County |
| State and Zip Code | California 92651 |
| Telephone Number | 9492828607 |
| E-mail Address | NikoCarrafield@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nav Technologies, Inc. |
| Job or Title *(if known)* | |
| Street Address | 13693 S 200 W, Suite 200 |
| City and County | Draper, Salt Lake City |
| State and Zip Code | Utah 84020 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)*  _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This action arises under federal law, including:

– Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.)
– Electronic Communications Privacy Act (18 U.S.C. § 2510 et seq.)
– Stored Communications Act (18 U.S.C. § 2701 et seq.)
– California Consumer Privacy Act (Cal. Civ. Code § 1798.100 et seq.)

This Court has jurisdiction under 28 U.S.C. § 1331.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

   _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* Nav Technologies, Inc. _____, is incorporated under the laws of the State of *(name)* Deleware _____, and has its principal place of business in the State of *(name)* Utah _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $75,000 due to damages arising from unauthorized data use, continued monitoring after cancellation, emotional distress, reputational harm, and loss of financial opportunities.

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Plaintiff created an account with Defendant Nav Technologies, Inc. for business credit monitoring services.

On March 28, 2025, Plaintiff requested cancellation of the account. Despite this request, Defendant continued monitoring Plaintiff's data and account activity without authorization.

Defendant failed to provide requested records, failed to cease monitoring after cancellation, and continued communications indicating ongoing use of Plaintiff's personal and financial data without authorization.

Plaintiff provided Defendant with notice and opportunity to resolve the matter on March 12, 2026. Defendant failed to respond substantively within the provided timeframe.

As a result of Defendant's actions, Plaintiff suffered damages including invasion of privacy, unauthorized data use, emotional distress, and financial harm.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests:

1. Compensatory damages in the amount of $95,000;
2. Statutory damages as allowed by law;
3. Punitive damages for willful misconduct;
4. Injunctive relief requiring Defendant to cease all unauthorized data use and monitoring;
5. Any other relief the Court deems just and proper.
6. Costs of suit and any allowable attorney's fees.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                05/01/2026

Signature of Plaintiff            /s/ Nikolos Edward Carrafield

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Printed Name of Plaintiff        Nikolos Edward Carrafield

**B.        For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Subject: Formal Legal Notice of Revoked Consent, Unauthorized Financial Monitoring, Billing Dispute, and Demand for Records

VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

To: Nav Technologies, Inc.

Attn: Legal & Compliance Department

13693 S. 200 W., Suite 200

Draper, UT 84020

From: Nikolos Edward Carrafield

Date: February 9, 2026

Business Name: Art Of Victory LLC, DBA: Boxer Bands

Business Email: Info@BoxerBands.com

Last 4 of Business account: 1850

_____

FORMAL NOTICE

To Whom It May Concern,

This letter serves as formal legal notice regarding unauthorized financial monitoring, disputed billing practices, and continued use of my financial data following cancellation of my Nav membership.

_____

Account Enrollment and Upgrade Issue

I enrolled with Nav in October 2024 for business financing-related services at an initial membership rate of approximately $34.99 per month. I did not knowingly authorize enrollment into a higher-priced recurring subscription tier.

My bank records show that my membership was later increased to approximately $74.99 per month. I did not provide clear and informed consent to this upgrade.

_____

Dispute, Cancellation, and Refund Request

In early 2025, I contacted Nav customer support by phone to dispute the unexpected membership upgrade. During that call:

• I questioned why my membership price had increased

• I was told the higher tier primarily related to improved loan opportunities

• I expressed that I was not receiving meaningful benefit from the upgraded tier

• I requested cancellation of the paid membership

• I requested a refund of the charges associated with the upgraded tier

Despite this, my bank records show that charges at the $74.99 tier continued through March 2025, after which billing stopped.

At the time I requested cancellation, I revoked any consent for Nav to continue monitoring, accessing, analyzing, or receiving information concerning my business or personal financial accounts.

———

Unauthorized Financial Monitoring After Membership Ended

Despite my cancellation and the end of billing, I continue to receive automated financial monitoring alerts from Nav as recently as February 2026. These alerts reference my business checking account balances and activity.

I have not re-enrolled in any Nav service, nor provided any renewed authorization since my cancellation.

This continued monitoring constitutes unauthorized access to and use of my financial information. This includes any monitoring conducted through financial data aggregators, APIs, indirect data feeds, or third-party service providers.

———

Demand to Cease Unauthorized Activity (10-Day Cure Period)

Nav is hereby directed to immediately cease all monitoring, tracking, analysis, or alert generation involving my financial accounts.

Within ten (10) calendar days of receipt of this notice, you must provide written confirmation that:

• All monitoring of my financial accounts has stopped

• All third-party financial data access has been terminated

———

Litigation Hold – Evidence Preservation

Because this matter may result in legal action, Nav is hereby placed on formal notice to preserve all records relating to my account, enrollment, monitoring, billing, cancellation, and refund request.

This preservation obligation includes, but is not limited to:

• Account access logs

• Financial data received or processed

• Alerts or internal reports generated

• Third-party data provider communications

• Internal compliance or legal reviews

• Records showing the status of my cancellation request

• Records reflecting my refund request and Nav's response

• Electronic logs, audit trails, and internal communications

• Customer service call recordings, transcripts, and associated metadata

No potentially relevant records may be altered, deleted, or destroyed while this matter is under dispute.

———

Demand for Records and Disclosure

Within ten (10) calendar days, please provide:

1. Account Enrollment & Billing Records

• Original account sign-up date

• All membership tiers applied to my account

• Dates and amounts of all charges

• Records showing how and when my account was upgraded

• All records reflecting how consent to any paid membership was obtained, including timestamps, IP logs, click-through records, or recorded authorizations

2. Cancellation & Refund Records

• Date and time my cancellation request was made

• Date Nav marked my account as closed

• Call logs, recordings, transcripts, and internal notes from my cancellation call

• Records reflecting my request for a refund and Nav's response

3. Monitoring & Data Access

• All financial data sources accessed after my cancellation

• Dates and times of any monitoring activity after cancellation

• Third-party data aggregators or service providers used

• Copies of any financial summaries, risk analyses, or reports generated after cancellation

• The legal or contractual basis Nav claims permits continued monitoring after cancellation and revocation of consent

4. Current Status

• Written confirmation that all monitoring has ceased

_____

Failure to Cure

Failure to comply with this notice will be treated as knowing and willful continuation of unauthorized financial surveillance and unlawful retention or use of financial data after consent was revoked. I will pursue legal remedies, including regulatory complaints and civil action, without further notice.

_____

Sincerely,

Nikolos Edward Carrafield

317 San Tropez Ct

Laguna Beach CA 92651

Info@BoxerBands.com

 Gmail

Niko Carrafield <nikocarrafield@gmail.com>

## Response to Formal Notice Dated February 9, 2026

**Support NAV** <support@nav.com>                                  Thu, Feb 26, 2026 at 2:46 PM
To: "info@boxerbands.com" <info@boxerbands.com>

Dear Mr. Carrafield,

We are writing in response to your mailed correspondence dated February 9, 2026, which Nav received on February 25, 2026, regarding your Nav membership, billing history, and concerns about continued monitoring.

After a thorough review of your account, we would like to clarify the following:

**Account Enrollment and Upgrade**

Our records reflect that you enrolled in the Nav Prime Lite membership plan on October 14, 2024 at a monthly rate of $39.99. On November 18, 2024, you upgraded your membership to the Nav Prime Pro plan at $79.99 per month. Because this upgrade occurred during an existing billing cycle associated with your original plan, you were charged a prorated amount of $30.53 at that time.

From December 14, 2024 through March 14, 2025, you were billed $79.99 per month for the Nav Prime Pro plan.

Our records also show that email receipts were automatically sent to the email address associated with your account at the time of the November 18, 2024 upgrade, as well as after each subsequent monthly charge for the Nav Prime Pro plan. These receipts reflected the applicable plan name and billing amount for each transaction. We have also enclosed copies of these receipts for your reference.

Additionally, on March 21, 2025, you contacted Nav through one of our website request forms stating "I paid for business help and no one contacts me?".  On that same day, you spoke with a customer service representative seeking assistance with scheduling a coaching appointment. The customer service representative sent you a follow up email with a link to schedule your business coaching appointment.

Records confirm that you were able to schedule an appointment to meet with one of Nav's Business Credit Coaches. A calendar invitation was sent to your email address confirming the date and time of your appointment, March 25, 2025 at 2:00pm MDT.

The Business Credit Coach attempted to call you twice on March 25, 2025 but was unable to reach you. A follow up email was sent to you that same day to reschedule your appointment; however, you did not respond to this request.

The business credit coaching service is a benefit available exclusively to Nav Pro plan members, further confirming your participation in the upgraded membership.

**Cancellation Timeline**

Our records indicate that you contacted Nav on March 27, 2025 via one of our website request forms simply stating "full refund".

On March 28, 2025, you spoke to a customer service representative requesting to cancel your Nav Prime subscription and requested a refund as you did not feel you had received any benefit.

The customer service representative assisted you with cancelling your Nav Prime subscription that same day; however, did advise you that no refund would be issued.

No further subscription charges were incurred after that date and we have no record of a prior cancellation request before March 28, 2025.

**Account Status and Monitoring**

Nav's Limited Response to Formal Notice Dated February 9, 2025

When a paid Nav Prime membership is cancelled, the account is downgraded to a free Nav membership. A free membership continues to provide limited services, which may include credit report access, financial alerts, and certain business credit insights. Cancellation of a paid subscription does not automatically cancel or fully deactivate a Nav account.

Any customer who wishes to fully cancel and deactivate their Nav account and discontinue all associated services and notifications must do so through their Nav account settings or by submitting a request to our customer support team. Upon full account cancellation and deactivation, all monitoring and alerts associated with the Nav account will cease.

However, pursuant to your written request, we have now fully cancelled and deactivated your Nav account. With this action, all account-related services, monitoring, and alerts associated with your Nav account have been terminated.

**Request for Records**

While we are committed to transparency regarding your account history and billing, Nav does not provide internal system logs, IP logs, call recordings, internal notes, audit trails, or other proprietary internal documentation in response to customer requests of this nature.

We can confirm, however, that:

- Your paid subscription was cancelled on March 28, 2025.
- No subscription charges were incurred after that date.
- Your Nav account has now been fully cancelled and deactivated pursuant to your written request.

We appreciate the opportunity to review and respond to your concerns. Should you have any additional questions or concerns, please contact our customer service team at 855-226-8388 or via email at support@nav.com.

Sincerely,

Nav Technologies, Inc.

 **Carrafield - Pro Plan Billing Reciepts.pdf**
918K

**M Gmail**                                                    **Niko Carrafield <nikocarrafield@gmail.com>**

---

## Response to Formal Notice Dated February 9, 2026

**Niko Carrafield** <nikocarrafield@gmail.com>                          Fri, Feb 27, 2026 at 8:00 AM
To: Support NAV <support@nav.com>
Cc: "info@boxerbands.com" <info@boxerbands.com>

Subject: Request for Audio Recording – March 28, 2025 Call

Dear Nav Support,

Thank you for your response regarding my formal notice.

In order to accurately review the timeline and substance of my cancellation request, I am requesting a copy of the audio recording and any available transcript of the March 28, 2025 phone call referenced in your response.

Please also provide:

• The exact date and time of the call

• The duration of the call

• The name or representative ID of the customer service agent

• Any internal notes associated with that call

Because this call is central to understanding the scope of my cancellation request and refund inquiry, I would appreciate receiving the recording and related metadata at your earliest convenience.

Thank you.

Sincerely,

Nikolos Edward Carrafield

[Quoted text hidden]

Case 8:26-cv-01057-FWS-DFM   Document 1   Filed 05/01/26   Page 16 of 23   Page ID #:16

 **Gmail**

**Niko Carrafield <nikocarrafield@gmail.com>**

## Response to Formal Notice Dated February 9, 2026

**Fin - AI Agent from Nav** <support@nav.com>                                  Fri, Feb 27, 2026 at 8:01 AM
Reply-To: Fin - AI Agent from Nav <support@nav.com>
To: nikocarrafield@gmail.com
Cc: Nikolos Carrafield <info@boxerbands.com>

Thank you for reaching out. I'm connecting you with a member of our team. They'll follow up within 1-2 business days. If this is urgent, you can reach us at (888) 215-8584 (Mon–Fri, 7 a.m.–5 p.m. MT).

**Fin - AI Agent**
Customer Care Specialist
nav.com | @navSMB | Nav, Inc.

 **Gmail**

Niko Carrafield <nikocarrafield@gmail.com>

## Response to Formal Notice Dated February 9, 2026

**Alicia from Nav** <support@nav.com>                                          Mon, Mar 2, 2026 at 8:17 AM
Reply-To: Alicia from Nav <support@nav.com>
To: nikocarrafield@gmail.com
Cc: Nikolos Carrafield <info@boxerbands.com>

Dear Mr. Carrafield,

Thank you for your correspondence.

As previously stated, Nav does not provide proprietary internal documentation in response to customer requests of this nature, including internal system logs, call recordings, or internal notes. Accordingly, we are unable to provide the requested audio recording, transcripts or any additional internal call note details.

In our correspondence dated February 26, 2026, we provided the relevant information we are able to share regarding your contact history with Nav customer service as it relates to your cancellation and refund request.

Therefore, we consider our response to your inquiry complete.

**Alicia**
Customer Care Specialist
nav.com | @navSMB | Nav, Inc.

 Gmail

Niko Carrafield <nikocarrafield@gmail.com>

## Response to Formal Notice Dated February 9, 2026

**Niko Carrafield** <nikocarrafield@gmail.com>                                    Mon, Mar 2, 2026 at 8:28 AM
To: Alicia from Nav <support@nav.com>
Cc: Nikolos Carrafield <info@boxerbands.com>

Subject: Re: March 28, 2025 Cancellation Call – Clarification and Preservation

Dear Alicia,

Thank you for your response.

I respectfully disagree with Nav's characterization of the scope of my March 28, 2025 cancellation call. During that call, I clearly requested cancellation of my account and services in their entirety, not merely a downgrade of a paid subscription tier.

Because the audio recording of that call is central to resolving this dispute, your refusal to provide it preserves the evidentiary issue. I maintain that my consent to ongoing monitoring was revoked at the time of that call.

Please confirm that the audio recording, metadata, and all internal records relating to my March 28, 2025 call are being preserved.

I reserve all rights.

Sincerely,

Nikolos Edward Carrafield

[Quoted text hidden]

 Gmail

**Niko Carrafield <nikocarrafield@gmail.com>**

## Response to Formal Notice Dated February 9, 2026

**Alicia from Nav** <support@nav.com>
Reply-To: Alicia from Nav <support@nav.com>
To: nikocarrafield@gmail.com
Cc: Nikolos Carrafield <info@boxerbands.com>

Mon, Mar 2, 2026 at 9:21 AM

Dear Mr. Carrafield

Nav maintains call logs, recordings, and internal records in accordance with its standard document retention policies and applicable legal obligations. Appropriate records relating to your March 28, 2025 call are being preserved consistent with those policies.

**Alicia**
Customer Care Specialist
nav.com | @navSMB | Nav, Inc.

[Quoted text hidden]

 **Gmail**

Niko Carrafield <nikocarrafield@gmail.com>

## Response to Formal Notice Dated February 9, 2026

**Niko Carrafield** <nikocarrafield@gmail.com>                                    Thu, Mar 12, 2026 at 8:00 AM
To: Alicia from Nav <support@nav.com>
Cc: Nikolos Carrafield <info@boxerbands.com>

Subject: Re: Response to Formal Notice – Pre-Litigation Settlement Opportunity

Dear Alicia,

I appreciate Nav's responses to my correspondence and the confirmation that records relating to my March 28, 2025 cancellation call are being preserved.

However, the issues raised in my February 9, 2026 notice remain unresolved.

My position remains that during my March 28, 2025 call I revoked consent to Nav's services and monitoring in their entirety. Nav's position that the account was merely downgraded while monitoring continued was never clearly disclosed to me at the time of cancellation.

As reflected in Nav's own correspondence, my account was not fully deactivated until after my February 2026 written notice. In the interim, my financial account continued to be monitored and I continued to receive system-generated alerts and marketing communications.

Given the preserved call recording and the admissions already contained in Nav's written response, I believe this dispute can be resolved efficiently without litigation.

In the interest of resolving this matter promptly, I am willing to settle all claims relating to my Nav membership, billing, monitoring of my financial account, and related communications for $45,000.

If Nav wishes to resolve this matter without further escalation, please let me know within 14 days so we may finalize a settlement agreement.

If we are unable to resolve this matter within that timeframe, I will evaluate all available legal remedies.

Sincerely,

Nikolos Edward Carrafield

[Quoted text hidden]

 Gmail

**Niko Carrafield <nikocarrafield@gmail.com>**

## Response to Formal Notice Dated February 9, 2026

**Fin - AI Agent from Nav** <support@nav.com>                                    Thu, Mar 12, 2026 at 8:01 AM
Reply-To: Fin - AI Agent from Nav <support@nav.com>
To: nikocarrafield@gmail.com
Cc: Nikolos Carrafield <info@boxerbands.com>

Thank you for reaching out. I'm connecting you with a member of our team. They'll follow up within 1-2 business days. If this is urgent, you can reach us at (888) 215-8584 (Mon–Fri, 7 a.m.–5 p.m. MT).

**Fin - AI Agent**
Customer Care Specialist
nav.com | @navSMB | Nav, Inc.

 **Gmail**

**Niko Carrafield <nikocarrafield@gmail.com>**

---

## Response to Formal Notice Dated February 9, 2026

**Niko Carrafield** <nikocarrafield@gmail.com>                                          Tue, Apr 7, 2026 at 8:00 AM
To: Fin - AI Agent from Nav <support@nav.com>
Cc: Nikolos Carrafield <info@boxerbands.com>

Dear Alicia,

This is a final follow-up regarding my prior correspondence and pre-litigation settlement opportunity sent on March 12, 2026.

As of today, I have received no substantive response.

Your company has already confirmed:
- My cancellation request on March 28, 2025
- Continued account monitoring practices
- The existence and preservation of internal records related to my account

Despite this, Nav has:
- Failed to provide requested records
- Failed to address the unauthorized continuation of monitoring following cancellation
- Failed to engage in good faith resolution after being given a reasonable opportunity to do so

Additionally, I have continued to receive communications from Nav after the account was stated to be deactivated, further evidencing ongoing data use and account activity.

This constitutes a final opportunity to resolve this matter prior to formal legal action.

If I do not receive a substantive response within 48 hours of this notice, I will proceed with filing a federal complaint without further notice, including claims related to unauthorized data use, unfair business practices, and all applicable statutory violations.

I remain open to resolving this matter immediately upon good faith engagement.

Sincerely,
Nikolos Edward Carrafield

[Quoted text hidden]

Boxer Response to Formal Notice Dated February 9, 2026

 **Gmail**

**Niko Carrafield <nikocarrafield@gmail.com>**

## Response to Formal Notice Dated February 9, 2026

**Fin - AI Agent from Nav** <support@nav.com>
Reply-To: Fin - AI Agent from Nav <support@nav.com>
To: nikocarrafield@gmail.com
Cc: Nikolos Carrafield <info@boxerbands.com>

Tue, Apr 7, 2026 at 8:01 AM

[Quoted text hidden]